# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

Rodney Walker,                                           Civil No. 08-1412 (RHK/JSM)

             Petitioner,                            **ORDER**

v.

Dwight Fondren,

             Respondent.

___

       The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated September 4, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

       Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, **IT IS ORDERED**:

       1. The Report and Recommendation (Doc. No. 9) is **ADOPTED**;

       2. Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

       3. This action is **DISMISSED WITH PREJUDICE**.

Dated: October 5, 2009

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge